THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
E-MAIL t_stew_3@yahoo.com
Attorneys for Jesus Torres

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES, | Case No.  CV 11-5374 TEH |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| CA-TREAT TOWERS, L.P., | |
| Defendant. | |
| _____/ | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action without  prejudice.

Date:  December 5, 2011

S/THOMAS N. STEWART, III
Attorney for Plaintiff



IT IS SO ORDERED
12/05/2011
Judge Thelton E. Henderson

CV 11-5374 TEH                                                1